IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No.: 15-10206-TPA |
|---|---|
| JOSEPH and TARA HOLMBERG, | Chapter 13 |
| Debtor. | Related to Claim No. 11-1 |
| _____ | |
| GREEN TREE SERVICING LLC, | |
| Movant, | |
| NO RESPONDENT, | |
| Respondent | |

### CERTIFICATE OF SERVICE OF TEXT ORDER GRANTING REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM

     I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on February 21, 2017.  The Text Order states:

     The creditor's Request to Restrict Public Access to Claim 11, filed at [66], is HEREBY GRANTED. The creditor shall serve this Order on the debtor and all persons whose personal identifiers have been redacted. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Agresti. Signed on 2/7/2017. (RE: related document(s): [66] Request to Restrict Public Access to Claim - PAWB Form 37).

     The types of service made on the parties were:

By First-Class Mail:

Joseph and Tara Holmberg
2272 Jackson Run Road
Warren, PA 16365

and:

By Electronic Notification:

| | |
|---|---|
| Daniel P. Foster, Esq. | dan@mrdebtbuster.com |
| Ronda J. Winnecour, Ch. 13 Trustee | cmecf@chapter13trusteewdpa.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

/s/ Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Green Tree Servicing, LLC