# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 15-10206-TPA** |
| **Joseph B. Holmberg** ) | |
| **Tara N. Holmberg** ) | |
| Debtors ) | **Chapter 13** |
| ) | **Document No. _____** |
| ) | **Related to Doc. No. 35** |

## CONSENT ORDER MODIFYING NOVEMBER 16, 2015 ORDER

AND NOW, this _____ day of _____, 2019, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated November 16, 2015 it is

ORDERED that the November 16, 2015, Order of Court Confirming Plan as Modified and Setting Deadlines for Certain Actions is amended to provide in Part "1.H" that the claim of PNC Bank (Claim No. 1) is payable under plan part 3.3.

The November 16, 2015 order otherwise remains in full force and effect.

BY THE COURT:

_____

Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Daniel P. Foster
Daniel P. Foster, Esquire
Attorney for the debtor
Foster Law Offices
Po Box 966
Meadville PA 16335
814-724-1165
dan@mrdebtbuster.com