FILED
3/20/19 2:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 15-10206-TPA** |
| **Joseph B. Holmberg** ) | |
| **Tara N. Holmberg** ) | |
| **Debtors** ) | **Chapter 13** |
| ) | **Document No. _____** |
| ) | **Related to Doc. No. 35** |

**CONSENT ORDER MODIFYING NOVEMBER 16, 2015 ORDER**

AND NOW, this _____20th_____ day of _____March_____, 2019, upon consent

of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set

forth below, said agreement being the result of discussions held between the parties

following the entry of the confirmation order dated November 16, 2015 it is

ORDERED that the November 16, 2015, Order of Court Confirming Plan as

Modified and Setting Deadlines for Certain Actions is amended to provide in Part "1.H"

that the claim of PNC Bank (Claim No. 1) is payable under plan part 3.3.

The November 16, 2015 order otherwise remains in full force and effect.

BY THE COURT:

_____vas

Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Daniel P. Foster
Daniel P. Foster, Esquire
Attorney for the debtor
Foster Law Offices
Po Box 966
Meadville PA 16335
814-724-1165
dan@mrdebtbuster.com

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                  Case No. 15-10206-TPA
Joseph B. Holmberg                                                      Chapter 13
Tara N. Holmberg
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: lfin              Page 1 of 1              Date Rcvd: Mar 20, 2019
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
db/jdb          +Joseph B. Holmberg,   Tara N. Holmberg,   2272 Jackson Run Road,   Warren, PA 16365-7102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   M&T BANK andygornall@latouflawfirm.com
          Daniel P. Foster    on behalf of Joint Debtor Tara N. Holmberg dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Joseph B. Holmberg dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                      TOTAL: 7