**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 15-10206-TPA |
| | : | |
| Joseph B. Holmberg and | : | CHAPTER 13 |
| Tara N. Holmberg, | : | |
|     Debtors, | : | |
| | : | |
| Joseph B. Holmberg and | : | |
| Tara N. Holmberg, | : | |
|     Movants, | : | RELATED TO DOCKET NO.: 79 & 81 |
| | : | |
| vs. | : | |
| | : | |
| PNC Bank, N.A., | : | |
| | : | |
|     And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the Debtor's objection to mortgage payment change and Order scheduling hearing on the parties listed below by certified first class mail.

Executed on: March 28, 2019

By: /s/ Clarissa Hunter
Clarissa Hunter, Head Paralegal
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Office of the United States Trustee
Ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

PNC Bank, National Association
c/o Anthony Mullins
PO Box 94982
Cleveland OH 44101

Joseph & Tara Holmberg
2272 Jackson Run Road
Warren, PA 16365