Case 15-10206-TPA    Doc 83    Filed 03/28/19    Entered 03/29/19 00:58:28    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
3/26/19 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 15-10206-TPA |
| | : | |
| **Joseph B Holmberg and** | : | CHAPTER 13 |
| **Tara N Holmberg,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 73 |
| **PNC Bank, N.A.,** | : | |
| **Movant,** | : | |
| | : | |
| vs | : | |
| | : | |
| **Joseph B Holmberg and** | : | |
| **Tara N Holmberg,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee** | : | |
| **Respondents.** | : | |

**ORDER REGARDING DEBTORS' MOTION TO WITHDRAW DEBTORS' DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

  **AND NOW**, this __26th__ day of _____March_____, 2019 upon consideration of the MOTION TO WITHDRAW DEBTORS' DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1.) The DEBTOR'S MOTION TO WITHDRAW DEBTORS' DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE at docket number 73 is withdrawn.

_____ vas
**Thomas P. Agresti**, *Judge*
*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph B. Holmberg  
Tara N. Holmberg  
    Debtors

Case No. 15-10206-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: culy        Page 1 of 1        Date Rcvd: Mar 26, 2019  
                            Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.  
db/jdb       +Joseph B. Holmberg,   Tara N. Holmberg,   2272 Jackson Run Road,   Warren, PA 16365-7102  
cr         +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:  
      Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com  
      Daniel P. Foster    on behalf of Joint Debtor Tara N. Holmberg dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
      Daniel P. Foster    on behalf of Debtor Joseph B. Holmberg dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
      James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                TOTAL: 7