UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
(Erie)

IN RE: JOSEPH B. HOLMBERG

Case No. 15-10206

Judge: THOMAS P. AGRESTI

Chapter 13

### NOTICE OF WITHDRAWAL OF NOTICE OF PAYMENT CHANGE

    This Notice is to notify the Court that document number 72, Notice of Mortgage Payment Change filed on December 28, 2018 by Creditor PNC BANK is withdrawn due to being filed incorrectly.

Respectfully Submitted by:

By: /s/ *Judy Borkey*
Judy Borkey
PNC Bank, National Association
P.O. Box 94982
Cleveland, OH 44101-4982

1-866-622-2657 Ext.

PITTSBURGH
U.S. BANKRUPTCY COURT
CLERK

2019 APR -8  A 11: 41

RECEIVED