FILED
4/9/19 11:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH B. HOLMBERG and            :    Case No. 15-10206 TPA
TARA N. HOLMBERG                  :    Chapter 13
    *Debtors*                   :
                                  :
                                  :    Related to Document No. 85

## ORDER DISMISSING PLEADING

*AND NOW*, this **9th** day of ***April, 2019***, it is hereby **ORDERED** that the pleading entitled ***Notice of Withdrawal of Notice of Payment Change*** filed at Document No. 85 in the above-captioned case by Judy Borkey, PNC Bank, National Association is ***DISMISSED*** because it was filed by a non-attorney and non Limited Filer User ("LFU")  Generally, artificial legal entities, including limited liability companies, may only be represented by an attorney authorized to practice law in this Court, though for certain things an LFU may act on behalf of the entity.  See W PA LBR 5005-3.

It is ***FURTHER ORDERED***, that the dismissal is without prejudice in that, if done so in a timely manner, the ***Withdrawal*** may be filed by an Attorney admitted to practice in this Court or an LFU.

                                                               _____vas_
                                                            Thomas P. Agresti, Judge
                                                            United States Bankruptcy Court

Case Administrator to Serve:
       Judy Borkey, PNC Bank, National Assoc., P.O. Box 94982, Cleveland OH 44101-4982
       Daniel P. Foster, Esq.
       Ronda Winnecour, Ch 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-10206-TPA
Joseph B. Holmberg                                                      Chapter 13
Tara N. Holmberg
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin              Page 1 of 1              Date Rcvd: Apr 09, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.
db/jdb         +Joseph B. Holmberg,    Tara N. Holmberg,    2272 Jackson Run Road,    Warren, PA 16365-7102
                Judy Borkey,    PNC Bank, National Assoc.,    P.O. Box 94982,    Cleveland, OH  44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Daniel P. Foster    on behalf of Joint Debtor Tara N. Holmberg dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Joseph B. Holmberg dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7