# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| JOSEPH B. HOLMBERG and TARA N. HOLMBERG, | Case No.: 15-10206-TPA |
| Debtors. | The Honorable Thomas P. Agresti |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that PNC Bank, N.A. ("PNC") hereby appears in the above-captioned case by its counsel, Nicholas J. Godfrey, Esq. and Dinsmore & Shohl LLP, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010(b).

Dated: May 31, 2019

/s/ Nicholas J. Godfrey
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.281.5000 (t)
412.281.5055 (f)
nicholas.godfrey@dinsmore.com

*Counsel for PNC Bank, N.A.*

15030017v1