# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| JOSEPH B. HOLMBERG and<br>TARA N. HOLMBERG, | Case No.: 15-10206-TPA |
| Debtors. | The Honorable Thomas P. Agresti |

## CERTIFICATE OF SERVICE FOR
## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

I hereby certify that a true and correct copy of the Notice of Appearance and Request for Service of Papers (CM/ECF Doc. No. 92) was filed and served upon the following this 31st day of May, 2019:

Service by NEF:

**United States Trustee, Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Ronda J. Winnecour, Chapter 13 Trustee**
cmecf@chapter13trusteewdpa.com
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

**Daniel P. Foster on behalf of Debtors Joseph B. Holmberg and Tara N. Holmberg**
dan@mrdebtbuster.com, clarissa@mrdebtbuster.com
fosterlaw@ecf.inforuptcy.com; anne@inforuptcy.com
Foster Law Offices
P.O. Box 966
Meadville, PA 16335

**Creditor Green Tree Servicing, LLC**
ckutch@ecf.courtdrive.com; acarr@bernsteinlaw.com

**Andrew F. Gornall on behalf of Creditor M&T Bank**
andygornall@latouflawfirm.com

15030103v1

**James Warmbrodt on behalf of Creditor M&T Bank**
bkgroup@kmllawgroup.com

Service by First-Class Mail:

**ECMC**
P.O. Box 16408
St. Paul, MN 55116-0408

**Real Time Resolution, Inc.**
1349 Empire Central Drive
Suite 150
Dallas, TX 75247

**Recovery Management Systems Corporation**
25 S.E. Second Avenue
Suite 1120
Miami, FL 33131-1605

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was service by NEF and service by First-Class Mail.

If more than one method of service was employed, this Certificate of Service groups the parties by the type of service. For example, the full name, e-mail address, and, where applicable, the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| Dated: May 31, 2019 | /s/ Nicholas J. Godfrey |
| | Nicholas J. Godfrey, Esq. |
| | Pa. I.D. No. 312031 |
| | DINSMORE & SHOHL LLP |
| | 1300 Six PPG Place |
| | Pittsburgh, PA 15222 |
| | 412.281.5000 (t) |
| | 412.281.5055 (f) |
| | nicholas.godfrey@dinsmore.com |
| | |
| | *Counsel for PNC Bank, N.A.* |