# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| JOSEPH B. HOLMBERG and<br>TARA N. HOLMBERG, | Case No.: 15-10206-TPA |
| Debtors. | The Honorable Thomas P. Agresti |
| | Hearing: June 12, 2019 at 10:00 a.m. |
| JOSEPH B. HOLMBERG and<br>TARA N. HOLMBERG, | |
| Movants, | |
| v. | |
| PNC BANK, N.A. and<br>RONDA J. WINNECOUR,<br>CHAPTER 13 TRUSTEE, | |
| Respondents. | |

### NOTICE OF ATTENDANCE OF SCOTT E. SCHUSTER AT HEARING REGARDING ORDER TO SHOW CAUSE

AND NOW COMES Respondent PNC Bank, N.A. ("PNC"), and files the following Notice of Attendance of Scott E. Schuster at Hearing Regarding Order to Show Cause.

On May 8, 2019, this Court entered an Order to Show Cause (1) providing for a Hearing on Debtors/Movants Joseph B. Holmberg's and Tara N. Holmberg's Objection to Notice of Mortgage Payment Change (CM/ECF Doc. No. 79) scheduled for June 12, 2019 at 10:00 a.m. to proceed as scheduled, (2) requiring two PNC employees, Anthony Mullins and Judy Borkey, to personally appear at the Hearing, (3) requiring the "Supervisor of the PNC Bankruptcy Department for the geographical area encompassed by the Western District of Pennsylvania" to personally appear at the Hearing, and (4) requiring PNC to file a Notice stating the name and job title of the Supervisor of the PNC Bankruptcy Department for the geographical area

15024945v2

encompassed by the Western District of Pennsylvania" who will be appearing at the Hearing. (Order to Show Cause, CM/ECF Doc. No. 90, pp. 4-5). PNC hereby notifies the Court that **Scott E. Schuster, Senior Vice President, Bankruptcy Operations Manager, Retail Lending Default, Retail Lending Services**, will be personally appearing at the Hearing and will be fully prepared to address all of the issues raised in the May 8, 2019 Order to Show Cause.

Dated: May 31, 2019

/s/ Nicholas J. Godfrey
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.281.5000 (t)
412.281.5055 (f)
nicholas.godfrey@dinsmore.com

*Counsel for PNC Bank, N.A.*

15024945v2