# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| JOSEPH B. HOLMBERG and<br>TARA N. HOLMBERG, | Case No.: 15-10206-TPA |
| Debtors. | The Honorable Thomas P. Agresti |
| | Hearing: June 12, 2019 at 10:00 a.m. |
| JOSEPH B. HOLMBERG and<br>TARA N. HOLMBERG, | |
| Movants, | |
| v. | |
| PNC BANK, N.A. and<br>RONDA J. WINNECOUR,<br>CHAPTER 13 TRUSTEE, | |
| Respondents. | |

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that PNC Bank, N.A. ("PNC") hereby appears in the above-captioned case by its counsel, Nicholas J. Godfrey, Esq. and Dinsmore & Shohl LLP, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010(b).

| | |
|---|---|
| Dated: June 5, 2019 | /s/ Nicholas J. Godfrey<br>Nicholas J. Godfrey, Esq.<br>Pa. I.D. No. 312031<br>DINSMORE & SHOHL LLP<br>1300 Six PPG Place<br>Pittsburgh, PA 15222<br>412.281.5000 (t)<br>412.281.5055 (f)<br>nicholas.godfrey@dinsmore.com<br><br>*Counsel for PNC Bank, N.A.* |

15047504v1