**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 15-10206-TPA |
| | : | |
| Joseph B. Holmberg and | : | CHAPTER 13 |
| Tara N. Holmberg, | : | |
|     Debtors, | : | |
| _____ | : | |
| Joseph B. Holmberg and | : | |
| Tara N. Holmberg, | : | |
|     Movants, | : | RELATED TO DOCKET NO.: 79 |
| | : | |
| vs. | : | |
| | : | |
| PNC Bank, N.A., | : | |
| | : | |
|     And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

**AMENDED ORDER REGARDING DEBTORS' OBJECTION TO MORTGAGE PAYMENT CHANGE OF PNC BANK, N.A.**

On this _____ day of _____ 2019, after review of DEBTORS' OBJECTION TO MORTGAGE PAYMENT CHANGE OF PNC BANK, N.A., it is **HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Mortgage Payment Change filed by PNC Bank, N.A. on December 27, 2018 is **DENIED.**

2. The monthly payment to PNC Bank, N.A. shall continue to be $315.96 to be paid by the Chapter 13 Trustee for the remainder of the case.

                                                                                                                   _____
                                                                                                                    Thomas P. Agresti, *Judge*
                                                                                                                    *United States Bankruptcy Court*