**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 15-10206-TPA |
| | : | |
| **Joseph B. Holmberg and** | : | **CHAPTER 13** |
| **Tara N. Holmberg,** | : | |
| Debtors, | : | |
| | : | |
| **Joseph B. Holmberg and** | : | |
| **Tara N. Holmberg,** | : | |
| Movants, | : | **RELATED TO DOCKET NO.: 79** |
| | : | |
| vs. | : | |
| | : | |
| **PNC Bank, N.A.,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

**AMENDED ORDER REGARDING DEBTORS' OBJECTION TO MORTGAGE PAYMENT CHANGE OF PNC BANK, N.A.**

On this _____ day of _____ 2019, after review of DEBTORS' OBJECTION TO MORTGAGE PAYMENT CHANGE OF PNC BANK, N.A., it is **HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Mortgage Payment Change filed by PNC Bank, N.A. on December 27, 2018 is **DENIED.**

2. PNC Bank, N.A. shall provide proof of mortgage satisfaction to Debtors' Counsel within ten (10) days of this Order.

3. PNC Bank, N.A. shall provide Debtors' Counsel with a post-petition loan history within ten (10) days of this Order.

_____
Thomas P. Agresti, *Judge*
*United States Bankruptcy Court*