Case 15-10206-TPA    Doc 107    Filed 06/20/19    Entered 06/20/19 15:38:59    Desc Main
Document      Page 1 of 1

FILED
6/20/19 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| In re: | : | Case No.: | 15-10206-TPA |
|---|---|---|---|
| Joseph B. Holmberg | : | Chapter: | 13 |
| Tara N. Holmberg | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 6/20/2019 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**_MATTER:_**     #79 Obj. to the Notice of Mortgage Payment Change (Debtors)

   ***(Anthony Mullins, Judy Borkey and Scott E. Schuster to personally appear)***

**_APPEARANCES_:**

   Debtor:     Daniel P. Foster
   Trustee:    Ronda Winnecour (video)
   PNC:        Nicholas Godfrey + Scott Schuster, Anthony Mullins, Judy Borkey

**_NOTES:_**

Schuster:   We had a loan that reached its maturity date, and the Trustee was about a month behind with the maturity date. We got a little bit of an extra payment and refunded it. We have tried to instill a culture of if something looks strange to raise your hand. The Trustee is already tracking on our system. I grabbed a hold of this with Atty. Ashcroft and met with Mr. Foster. We now have a dedicated email for

Foster:     the Trustee.

   My clients want a postpetition loan history for their peace of mind and my file.

**_OUTCOME:_**   Proposed Order at #106 GRANTED. MOE requiring postpetition loan histories provided by PNC to the Debtors on or before July 5, 2019 and vacating the OTSC at Doc. 90.

*[signature]*

vas