FILED
6/20/19 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 15-10206-TPA |
| Joseph B. Holmberg and Tara N. Holmberg, | : | CHAPTER 13 |
| Debtors, | : | |
| Joseph B. Holmberg and Tara N. Holmberg, | : | |
| Movants, | : | RELATED TO DOCKET NO.: 79 |
| vs. | : | |
| PNC Bank, N.A., | : | |
| And | : | |
| Ronda J. Winnecour, Esquire, Chapter 13 Trustee. Respondents. | : | |

### AMENDED ORDER REGARDING DEBTORS' OBJECTION TO MORTGAGE PAYMENT CHANGE OF PNC BANK, N.A.

On this ___20th___ day of ___June___ 2019, after review of DEBTORS' OBJECTION TO MORTGAGE PAYMENT CHANGE OF PNC BANK, N.A., it is **HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Mortgage Payment Change filed by PNC Bank, N.A. on December 27, 2018 is **DENIED**.

2. ~~PNC Bank, N.A. shall provide proof of mortgage satisfaction to Debtors' Counsel within ten (10) days of this Order.~~

~~3.~~ 2. PNC Bank, N.A. shall provide Debtors' Counsel with a post-petition loan history ~~within ten (10) days of this Order.~~ on or before July 5, 2019.

3. The OTSC issued @ Doc #90 is VACATED.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-10206-TPA
Joseph B. Holmberg                                                  Chapter 13
Tara N. Holmberg
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin              Page 1 of 1          Date Rcvd: Jun 20, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2019.
db/jdb        +Joseph B. Holmberg,    Tara N. Holmberg,    2272 Jackson Run Road,    Warren, PA 16365-7102
cr            +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Daniel P. Foster    on behalf of Debtor Joseph B. Holmberg dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Tara N. Holmberg dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John J. Berry    on behalf of Creditor    PNC BANK N.A. John.Berry@dinsmore.com,
               Christina.Lee@dinsmore.com
              Nicholas   Godfrey    on behalf of Creditor    PNC BANK N.A. nicholas.godfrey@dinsmore.com,
               christina.lee@dinsmore.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 9