# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/3/20 8:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　JOSEPH B HOLMBERG<br>　TARA N HOLMBERG<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　JOSEPH B HOLMBERG<br>　TARA N HOLMBERG<br><br>　　　Respondents | Case No.15-10206TPA<br><br>Chapter 13<br><br>Document No. 112 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___3rd___ day of ___March___, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Kcs Energy<br>
Attn: Payroll Manager<br>
Po Box 187<br>
201 Wetmore St<br>
Warren,PA 16365

is hereby ordered to immediately terminate the attachment of the wages of JOSEPH B HOLMBERG, social security number XXX-XX-3790. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JOSEPH B HOLMBERG.

BY THE COURT:

_____vas
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　　Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph B. Holmberg  
Tara N. Holmberg  
    Debtors

Case No. 15-10206-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: lfin             Page 1 of 1            Date Rcvd: Mar 03, 2020  
                              Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.  
db/jdb       +Joseph B. Holmberg,   Tara N. Holmberg,   2272 Jackson Run Road,   Warren, PA 16365-7102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com  
        Daniel P. Foster    on behalf of Debtor Joseph B. Holmberg dan@mrdebtbuster.com,  
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        Daniel P. Foster    on behalf of Joint Debtor Tara N. Holmberg dan@mrdebtbuster.com,  
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        John J. Berry    on behalf of Creditor    PNC BANK N.A. John.Berry@dinsmore.com,  
         Christina.Lee@dinsmore.com  
        Nicholas Godfrey    on behalf of Creditor    PNC BANK N.A. nicholas.godfrey@dinsmore.com,  
         christina.lee@dinsmore.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,  
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                               TOTAL: 9