Form 600a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Joseph B. Holmberg** | : | Case No. 15−10206−TPA |
| **Tara N. Holmberg** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 117 |
| v. | : | |
| No Respondents | : | Hearing Date: 6/24/20 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATES FOR RESPONSE**
**AND TELEPHONIC HEARING ON MOTION**

    *AND NOW,* this *The 29th of April, 2020*, a *Trustee's Motion for Approval of Report of Receipts and Disbursements − Plan Completed* having been filed at Doc. No. 117 by Ronda J. Winnecour, Esq., Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

    (2)  **On or before June 15, 2020,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501 and served on the counsel for the Moving Party.

    (3)  This *Motion* is scheduled for a **telephonic**, non−evidentiary hearing on *June 24, 2020* at *12:00 PM* in at which time the parties and/or their counsel shall appear **telephonically** and the Court will dispose of the *Motion*. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by the Judge's procedures on the Court's website.

    (4)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. **To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been entered, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (5)  A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***.

    Dated: April 29, 2020

                                                                           Thomas P. Agresti, Judge
                                                                          United States Bankruptcy Court

cm:  All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-10206-TPA
Joseph B. Holmberg                                                    Chapter 13
Tara N. Holmberg
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson              Page 1 of 2              Date Rcvd: Apr 29, 2020
                              Form ID: 600a           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
```
db/jdb         +Joseph B. Holmberg,    Tara N. Holmberg,    2272 Jackson Run Road,    Warren, PA 16365-7102
cr             +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14001005       +Aes / Citi Education,    Po Box 61047,    Harrisburg, PA 17106-1047
14001006      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attention: Recovery Department,
                 4161 Peidmont Parkway,    Greensboro, NC 27410)
14029132       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14001018      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Universal / Citi,     Attn.: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
14038127        ECAST SETTLEMENT CORPORATION, ASSIGNEE,     OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
14330256        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
14001011       +Glelsi / Indiana Secondary,    PO Box 7860,    Madison, WI 53707-7860
14025153        INDIANA SECONDARY MARKET,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
14001012       +Indmkt / Glhec,    2401 International Lane,    Madison, WI 53704-3121
14025152        KEYBANK NA,    Claims Filing Unit,    Po Box 8973,    Madison, WI 53708-8973
14001013       +Key Bank Usa Na / Glelsi,    Attn: Recovery Payment Process,    4910 Tiedamen Road,
                 Routing Number: Oh-0,    Brooklyn, OH 44144-2338
14023312       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14016793       +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
14001016       +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14001017      ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Seterus Inc,    14523 Sw Millikan Way Street,    Beaverton, OR 97005)
14001010      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,     PO Box 108,    Saint Louis, MO 63166)
14001019       +Weisfield Jewelers/Sterling Jewelers Inc,     Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bkdepartment@rtresolutions.com Apr 30 2020 03:01:18     Real Time Resolution, Inc.,
                 1349 Empire Central Drive,    Suite 150,    Dallas, TX 75247-4029
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2020 03:06:47
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
14001007       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2020 03:06:45      Capital One, N.a.,
                 Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
14025542       +E-mail/Text: bankruptcy@cavps.com Apr 30 2020 03:01:23     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14028570       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 03:06:35     Green Tree Servicing LLC,
                 7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
14001009        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 30 2020 03:07:28      Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
14001014       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Apr 30 2020 03:01:19     Keybank, Na,
                 4910 Tiedeman Road,    Brooklyn, OH 44144-2338
14001015        E-mail/Text: camanagement@mtb.com Apr 30 2020 03:00:37     M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Drive,    2nd Floor,    Williamsville, NY 14221
14036573        E-mail/Text: camanagement@mtb.com Apr 30 2020 03:00:37     M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
14023082        E-mail/Text: bnc-quantum@quantum3group.com Apr 30 2020 03:00:48
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14279415        E-mail/Text: bkdepartment@rtresolutions.com Apr 30 2020 03:01:18
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14008522        E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2020 03:07:35
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14013976       +E-mail/Text: pgilbert@warren-county.net Apr 30 2020 03:01:30     Warren County Tax Claim Bureau,
                 204 4th Avenue,    Warren PA 16365-2362
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Green Tree Servicing, LLC
cr              M&T BANK
cr*             ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
14330257*       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
14036587*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T BANK,    PO BOX 1288,    Buffalo, NY 14240)
14280116*       Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
```

```
District/off: 0315-1           User: vson              Page 2 of 2              Date Rcvd: Apr 29, 2020
                               Form ID: 600a           Total Noticed: 32

14001008      ##+Central Credit / Penn Credit Corporation,    Attn: Bankruptcy,    Po Box 988,
                 Harrisburg, PA 17108-0988
                                                                                    TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
          Daniel P. Foster    on behalf of Debtor Joseph B. Holmberg dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Tara N. Holmberg dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          John J. Berry    on behalf of Creditor    PNC BANK N.A. John.Berry@dinsmore.com,
           Christina.Lee@dinsmore.com
          Nicholas Godfrey    on behalf of Creditor    PNC BANK N.A. nicholas.godfrey@dinsmore.com,
           christina.lee@dinsmore.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 9
```